No. 20-2842

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MICHAEL WHITE and ILLINOIS STATE RIFLE ASSOCIATION,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>ILLINOIS STATE POLICE; ILLINOIS CONCEALED CARRY LICENSING REVIEW BOARD; BRENDAN KELLY, in his official capacity as Director of the Illinois State Police; JESSICA TRAME, in her official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau; JEREMY MARGOLIS, as Chair of the Illinois Concealed Carry Licensing Review Board; EDWARD BOBRICK; STEPHEN DINWIDDIE; JOSEPH DUFFY; JON JOHNSON; JOSEPH VAUGHN; and FRANK WRIGHT,<br><br>Defendants-Appellees. | Appeal from the U.S. District Court for the Northern District of Illinois, Eastern Division<br><br>No. 1:19-cv-2797<br><br>The Honorable Joan Humphrey Lefkow |

**NOTICE OF APPEARANCE**

Kwame Raoul, Attorney General of the State of Illinois, enters the appearance of Deputy Solicitor General Alex Hemmer as counsel for Defendants-Appellees in the above-captioned matter. Deputy Solicitor General Sarah A. Hunger will continue to represent Defendants-Appellees on appeal.

1

Dated: April 23, 2021

Respectfully submitted,

K‍wame R‍aoul
Attorney General
State of Illinois

By: /s/ Alex Hemmer
A‍lex H‍emmer
Deputy Solicitor General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 725-3834
ahemmer@atg.state.il.us

# CERTIFICATE OF FILING AND SERVICE

I certify that on April 23, 2021, I electronically filed this Notice of Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All other participants in this case are CM/ECF users and will be served by that system.

/s/ Alex Hemmer
ALEX HEMMER
