# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

October 6, 2021

Before
MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 20-2842 | MICHAEL WHITE and ILLINOIS STATE RIFLE ASSOCIATION, Plaintiffs - Appellants<br><br>v.<br><br>ILLINOIS STATE POLICE, et al., Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:19-cv-02797<br>Northern District of Illinois, Eastern Division<br>District Judge Joan H. Lefkow ||

For these reasons, we **AFFIRM** the judgment of the district court while **MODIFYING** it to reflect that ISRA's claims are dismissed without prejudice.

The above is in accordance with the decision of this court entered on this date. Each side to bear their own costs.

`

form name: **c7_FinalJudgment**   (form ID: **132**)